IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROUND GUYS BREWING COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-6252 |
| | : | |
| CINCINNATI INSURANCE COMPANY | : | |

**ORDER**

AND NOW, this 22nd day of September, 2021, upon consideration of Defendant Cincinnati Insurance Company's Amended Motion to Dismiss, Plaintiff Round Guys Brewing Company's Motion to Remand to State Court, the parties responses in opposition and replies in support thereto, and for the reasons started in the accompanying Memorandum, it is ORDERED:

- Round Guys Brewing Company's Motion to Remand to State Court (Document 12) is DENIED;

- Cincinnati Insurance Company's Amended Motion to Dismiss (Document 13) is GRANTED;

- Cincinnati Insurance Company's prior Motion to Dismiss (Document 10) is DENIED as moot.

The Clerk of Court is DIRECTED to mark the case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.